Natchez Regional Medica

| | | |
|---|---|---|
| 3M NBN2374<br>P.O. BOX 844127<br>DALLAS, TX 75284 | ADVANTAGE MEDICAL<br>CABLE & ELEC<br>10630 WILES RD<br>POMPANO BEACH, FL 33076 | AMS (SOLUTIONS<br>FOR LIFE)<br>P.O. BOX 7247-6586<br>PHILADELPHIA, PA 19170 |
| A STAT TRANSCRIPTION<br>SVC INC<br>5967 HENSEL RD<br>PORT ORANGE, FL 32127 | AESCULAP INC<br>P.O. BOX 512451<br>PHILADELPHIA, PA 19175 | JEFFREY ANDERSON, DO<br>300 HIGHLAND BLVD<br>SUITE C<br>NATCHEZ, MS 39120 |
| ABBOTT LAB DIAGNOSTIC<br>DIVISION<br>P.O. BOX 100997<br>ATLANTA, GA 30834 | AIR FILTER SALES &<br>SERVICE<br>200 HARRIS ST<br>JACKSON, MS 39202 | JEFFERY ANDERSON, MD<br>300 HIGHLAND BLVD<br>SUITE C<br>NATCHEZ, MS 39122 |
| ABILITY NETWORK INC<br>DEPT CH 16577<br>PALATINE, IL 60055 | ALERE NORTH AMERICA<br>P.O. BOX 846153<br>BOSTON, MA 02284 | JEFFREY ANDERSON, MD<br>300 HIGHLAND BLVD<br>SUITE C<br>NATCHEZ, MS 39120 |
| ACC BUSINESS<br>P.O. BOX 105306<br>ATLANTA, GA 30348 | ALLIANCE HEALTHCARE SV<br>P. O. BOX 96485<br>CHICAGO, IL 60693 | ANGIO DYNAMICS INC.<br>P.O. BOX 1549<br>ALBANY, NY 12201 |
| ACCESS CLOSURE INC<br>5452 BETSY ROSS DR<br>SANTA CLARA, CA 95054 | ALLIANCE IMAGING, INC.<br>100 BAYVIEW CIRCLE<br>SUITE 400<br>NEWPORT BEACH, CA 92660 | ANSWER MED<br>400 HART ST<br>MONROE, LA 71201 |
| ADAMS CTY SUPERVISORS<br>P.O. BOX 1008<br>NATCHEZ, MS 39121 | AMBU INC<br>P.O. BOX 347818<br>PITTSBURGH, PA 15251 | APPLIED MEDICAL<br>P.O. BOX 3511<br>CAROL STREAM, IL 60132 |
| ADP INC<br>P.O. BOX 842875<br>BOSTON, MA 02284 | AMERICAN FIDELITY<br>ASSURANCE<br>P.O. BOX 268805<br>OKLAHOMA CITY, OK 73126 | ARAMARK CORP<br>12483 COLLECTION<br>CENTER DRIVE<br>CHICAGO, IL 60693 |
| ADVANCE STERLIZATION<br>PRODUCTS<br>P.O. BOX 406663<br>ATLANTA, GA 30384 | AMR-AM MED RESP<br>158 JOHN PITCHFORD PWY<br>NATCHEZ, MS 39120 | ARGOS RECORDS<br>997 N BEAUCHAMP EXT<br>GREENVILLE, MS 38703 |

Natchez Regional Medica

| | | |
|---|---|---|
| ARROW INTERNATIONAL<br>P.O. BOX 8500-S-9060<br>PHILADELPHIA, PA 19178 | BARD ACCESS SYSTEM<br>P.O. BOX 75767<br>CHARLOTTE, NC 28275 | BEST LIFE & HEALTH<br>INSURANCE<br>P.O. BOX 19721<br>IRVINE, CA 92623 |
| ARTHREX INC<br>P.O. BOX 403511<br>ATLANTA, GA 30384 | BARD PERIPHERAL<br>VASCULAR/IMPRA<br>P.O. BOX 75767<br>CHARLOTTE, NC 28275 | BIG M SUPPLY CO<br>P.O. BOX 18577<br>NATCHEZ, MS 39122 |
| ASSOCIATION MGMT<br>RESOURCES<br>35204 EAGLE WAY<br>CHICAGO, IL 60678 | BARFIELD WORKPLACE<br>SOLUTION<br>P.O. BOX 649<br>JACKSON, MS 39205 | BIO-RAD LABORATORIES<br>DEPT 9740<br>LOS ANGELES, CA 90084 |
| AUTOMATED IMAGING SYS<br>105 PINE ST<br>MONROE, LA 71210 | BAXTER BIOSCIENCE/<br>HEALTHCARE<br>P.O. BOX 730531<br>DALLAS, TX 75373 | BIO-REFERENCE LAB<br>481 EDWARD H. ROSS DR<br>ELMWOOD PARK, NJ 07407 |
| AVATAR INTERNATIONAL<br>1000 PRIMERA BLVD<br>STE 3144<br>LAKE MARY, FL 32746 | BAXTER HEALTHCARE<br>CORP/IV<br>P.O. BOX 730531<br>DALLAS, TX 75373 | BLANKENSTEIN SUPPLIES<br>& EQUIPMENT<br>P.O. BOX 986<br>NATCHEZ, MS 39120 |
| AVAYA INC (M)<br>P.O. BOX 5125<br>CAROL STREAM, IL 60197 | BCI-BUSINESS COMM<br>442 HIGHLAND COLONY<br>RIDGELAND, MS 39157 | BOSTON SCIENTIFIC CORP<br>ONE BOSTON SCIENTIFIC<br>PLACE<br>NATICK, MA 01760 |
| B BRAUM MEDICAL INC<br>P.O. BOX 512382<br>PHILADELPHIA, PA 19175 | BECKMAN COULTER<br>DEPT CH 10164<br>PALATINE, IL 60055 | BRACCO DIAGNOSTICS<br>P.O. BOX 532411<br>CHARLOTTE, NC 28290 |
| BALCH & BINGHAM INC<br>P.O. BOX 306<br>BIRMINGHAM, AL 35201 | BECTON DICKINSON & CO<br>P.O. BOX 70942<br>CHICAGO, IL 60673 | BREG INC<br>P.O. BOX 849991<br>DALLAS, TX 75284 |
| BARD<br>P.O. BOX 75767<br>CHARLOTTE, NC 28275 | BEN GILBERT INC<br>P.O. BOX 667<br>SUMMIT, MS 39666 | BRIGGS CORPORATION<br>7887 UNIVERSITY BLVD<br>DES MOINES, IA 50306 |

Natchez Regional Medica

| | | |
|---|---|---|
| SHIELDS BROWN<br>1 BISLAND RD<br>NATCHEZ, MS 39120 | CARRIER CORPORATION<br>P.O. BOX 905303<br>CHARLOTTE, NC 28290 | COMPASSIONATE CARE<br>113 JEFFERSON DAVIS<br>BLVD, STE A<br>NATCHEZ, MS 39120 |
| CAMELLIA HOSPICE OF<br>SOUTHWEST MISSISSIPPI<br>620 DELAWARE AVE<br>MCCOMB, MS 39648 | CDW GOVERNMENT INC<br>75 REMITTANCE DR.<br>SUITE 1515<br>CHICAGO, IL 60675 | COMPLIANT HEALTHCARE<br>TECHNOLOGIES<br>110 TRADITION TRAIL<br>HOLLY SPRINGS, NC 27540 |
| CAPITOL MEDICAL SUPPLY<br>218 W LORENZ<br>JACKSON, MS 39213 | CHEK MED SYSTEMS INC<br>200 GRANDVIEW AVE<br>CAMP HILL, PA 17011 | COMPRESSION THERAPY<br>CONCEPTS<br>555 INDUSTRIAL WAY W<br>EATONTOWN, NJ 07724 |
| CARDINAL HEALTH<br>PHARMACEUTICAL<br>P.O. BOX 402586<br>ATLANTA, GA 30384 | CHILLCO COMPREHENSIVE<br>COOLING<br>22225 LITTLE CREEK RD<br>MANDEVILLE, LA 70471 | COMPUTER CREDIT<br>640 WEST 4TH ST<br>WINSTON SALEM, NC 27101 |
| CARDINAL HEALTH 108,<br>14265 COLLECTIONS<br>CENTER DRIVE<br>CHICAGO, IL 60693 | CINTAS CORP #61363<br>P.O. BOX 650838<br>DALLAS, TX 75265 | COMPUTER CREDIT INC<br>P.O. BOX 890553<br>CHARLOTTE, NC 28289 |
| CARDINAL HEALTH NUC<br>PHARMACY<br>P.O. BOX 905488<br>CHARLOTTE, NC 28290 | CINTAS CORP 1091<br>P.O. BOX 650838<br>DALLAS, TX 75265 | CONCEPTUS INCORPORATED<br>331 EAST EVELYN AVE<br>MOUNTAIN VIEW, CA 94041 |
| CARDINAL MEDICAL<br>14800 FRYE RD<br>FORT WORTH, TX 76155 | CMS COMMUNICATION<br>P.O. BOX 790372<br>SAINT LOUIS, MO 63179 | CONMED LINVATEC CORP<br>P.O. BOX 301231<br>DALLAS, TX 75303 |
| CARDIO NET, INC.<br>P.O. BOX 347526<br>PITTSBURGH, PA 15251 | COMMERCIAL SALES &<br>SERVICE<br>4387 WESTGROVE RD<br>ADDISON, TX 75001 | COOK MEDICAL INC<br>22988 NETWORK PLACE<br>CHICAGO, IL 60673 |
| CAREFUSION/ALARIS<br>25146 NETWORK PLACE<br>CHICAGO, IL 60673 | COMMERICAL FLOORING<br>5001 HWY 80 WEST<br>JACKSON, MS 39209 | WILLIAM COOK, MD<br>HIGHLAND VILLAGE<br>I-55 NORTH, STE 207<br>JACKSON, MS 39211 |

Natchez Regional Medica

| | | |
|---|---|---|
| COOPER SURGICAL<br>75 CORPORATE DR<br>TRUMBULL, CT 06611 | DCR<br>942 WOODLAND ST<br>NASHVILLE, TN 37206 | JACK DUNN, MD<br>404 NORTH 21ST AVE<br>HATTIESBURG, MS 39401 |
| COOPER SURGICAL<br>P.O. BOX 712280<br>CINCINNATI, OH 45271 | DE LAGE LANDEN FIN SVC<br>P.O. BOX 41602<br>PHILADELPHIA, PA 19101 | E-CLINICAL WORKS<br>P.O. BOX 847950<br>BOSTON, MA 02284 |
| CORNERSTONE ADVISORS<br>GRP, LLC<br>P.O. BOX 569<br>GEORGETOWN, CT 06829 | DEACONESS HOME HEALTH<br>108 LUNDY LANE<br>HATTIESBURG, MS 39401 | ECOLAB INC<br>P.O. BOX 905327<br>CHARLOTTE, NC 28290 |
| COVIDIEN/US SURGICAL<br>DEPARTMENT 00 10318<br>PALATINE, IL 60055 | DEROYAL INDUSTRIES<br>P.O. BOX 1015<br>POWELL, TN 37849 | ECOLAB PEST ELIM DIV<br>26252 NETWORK PL<br>SARASOTA, FL 34238 |
| CRASSOCIATES<br>8580 CINDERBED RD<br>STE 2400<br>NEWINGTON, VA 22122 | DIANNE'S FRAME SHOP<br>243 JOHN R. JUNKIN DR<br>NATCHEZ, MS 39120 | JOSEPH EDISON, MD<br>207 FOX CROSS ROAD<br>SPARTANBURG, SC 29301 |
| TYER CRISP, D.O.<br>401 SHORESIDE DR.<br>LEXINGTON, KY 40515 | DOCTORS FIRST<br>P.O. BOX 347439<br>PITTSBURGH, PA 15251 | EMDEON<br>P.O. BOX 572490<br>MURRAY, UT 84157 |
| CROWN HEALTH & REHAB<br>OF NATCHEZ, LLC<br>344 ARLINGTON AVE<br>NATCHEZ, MS 39120 | DOCTORS HOSPITAL OF<br>AUGUSTA<br>3675 J DEWEY GRAY CIR<br>AUGUSTA, GA 30909 | ENDOFILTER INC.<br>P.O. BOX 390066<br>EDINA, MN 55439 |
| DATEX OHMEDA<br>P.O. BOX 641936<br>PITTSBURGH, PA 15264 | DORFMAN PACIFIC<br>2615 BOEING WAY<br>STOCKTON, CA 95206 | ESTATE OF ALENA MYERS<br>C/O BRUCE KUEHNLE, ESQ<br>P.O. BOX 866<br>NATCHEZ, MS 39121 |
| DATEX-OHMEDA<br>3030 OHMEDA DR<br>MADISON, WI 53718 | VIKRAM DULAM, MD<br>140 JEFFERSON DAVIS<br>BLVD<br>NATCHEZ, MS 39120 | EV3  INC<br>4600 NATHAN LANE N<br>PLYMOUTH, MN 55442 |

| | | |
|---|---|---|
| EXCELSIOR MEDICAL<br>P.O. BOX 824389<br>PHILADELPHIA, PA 19182 | FRESENIUS MEDICAL<br>CARE RCG<br>550 METROPLEX DR<br>NASHVILLE, TN 37241 | GENERAL BIOMEDICAL SVC<br>16900 25TH ST<br>KENNER, LA 70062 |
| ERICA FARMER<br>114 MELANIE LANE<br>BROOKHAVEN, MS 39601 | FRESENIUS MEDICAL CARE<br>1ST AMENDMENT<br>550 METROPLEX DR<br>NASHVILLE, TN 37241 | GENERAL ELECTRIC<br>20225 WATER TOWER BLVD<br>BROOKFIELD, WI 53045 |
| FIELD MEMORIAL<br>TRANSFER AGREEMENT<br>P.O. BOX 639<br>CENTREVILLE, MS 39631 | G4 HEALTH SYSTEMS<br>7380 S OLYMPIA AVE<br>TULSA, OK 74132 | GENERAL ELECTRIC<br>C/O LISA M PETERS,ESQ<br>1650 FARNAM ST<br>OMAHA, NE 68102 |
| FIRST INSURANCE FUNDIN<br>CORP<br>P.O. BOX 66468<br>CHICAGO, IL 60666 | GATEWAY EDI<br>DEPT CH 16897<br>PALATINE, IL 60055 | GENZYME BIOSURGERY<br>P.O. BOX 223122<br>PITTSBURGH, PA 15251 |
| FIRST NATCHEZ RADIO<br>GROUP/WQNZ<br>P.O. BOX 768<br>NATCHEZ, MS 39121 | GE CAPITAL<br>P.O. BOX 740441<br>ATLANTA, GA 30374 | GLAXO SMITH KINE<br>PHARMACEUTICALS<br>P.O. BOX 740415<br>ATLANTA, GA 30374 |
| FISHER HEALTHCARE<br>P.O. BOX 404705<br>ATLANTA, GA 30384 | GE HEALTHCARE<br>15724 COLLECTIONS CTR<br>CHICAGO, IL 60693 | GO PARTNERS HEALTH<br>CARE SOLUTIONS<br>2401 EAST MCCARTY ST<br>JEFFERSON CITY, MO 6510 |
| GEOFFREY FLATTMANN,MD<br>142 JEFF DAVIS BLVD<br>SUITE A<br>NATCHEZ, MS 39120 | GE HEALTHCARE<br>P.O. BOX 402076<br>ATLANTA, GA 30384 | GRAINGER INC<br>P.O. BOX 419267<br>KANSAS CITY, MO 64141 |
| FOLLETT CORP<br>P.O. BOX 8500<br>PHILADELPHIA, PA 19178 | GE HEALTHCARE (SVC)<br>P.O. BOX 402076<br>ATLANTA, GA 30384 | SUSAN GRANNING, MD<br>105 ST. S PRENTISS DR<br>NATCHEZ, MS 39120 |
| JOSH FOSTER, CRNA<br>500 AVALON WAY, 1214<br>BRANDON, MS 39047 | GE HEALTHCARE FIN SVC<br>P.O. BOX 641419<br>PITTSBURGH, PA 15264 | GENNA GUEDON<br>2394 GUEDON RD<br>NATCHEZ, MS 39120 |

| | | |
|---|---|---|
| GUIDO MINI STORAGE<br>122 LOWER WOODVILLE RD<br>NATCHEZ, MS 39120 | HUBCARE PATHOLOGY<br>5052 LAKELAND DR<br>SUITE 61<br>JACKSON, MS 39216 | INTERNATIONAL MEDICAL<br>ASSOC OF NTZ PA<br>46 SGT S PRENTISS DR<br>NATCHEZ, MS 39120 |
| DONALD GUILD, MD<br>3351 LAKELAND DR #B<br>SUITE 1040<br>FLOWOOD, MS 39232 | HUBCARE PATHOLOGY, PA<br>5052 W. FOURTH ST<br>HATTIESBURG, MS 39402 | INTUITIVE SURGICAL INC<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139 |
| GYNEX CORPORATION<br>P.O. BOX 3189<br>REDMOND, WA 98073 | HUMAN RESOURCES SIMP<br>8499 TAMIAMI TRAIL<br>#268<br>SARASOTA, FL 34238 | INTUITIVE-DAVINCI/<br>DELAGE LANDEN<br>1111 OLD EAGLE SCHOOL<br>WAYNE, PA 19087 |
| HANGER PROSTHETICS &<br>ORTHOTICS<br>15 RIVER BEND PL, S-B<br>FLOWOOD, MS 39232 | IMMUCOR INC<br>P.O. BOX 102118<br>ATLANTA, GA 30368 | IQH<br>385 B HIGHLAND COLONY<br>PKWY, SUITE 504<br>RIDGELAND, MS 39157 |
| HEALTH CARE LOGISTICS<br>P.O. BOX 400<br>CIRCLEVILLE, OH 43113 | INFOLAB INC<br>P.O. BOX 1309<br>CLARKSDALE, MS 38614 | JACKSON HEART CLINIC<br>970 LAKELAND DR<br>SUITE 61<br>JACKSON, MS 39216 |
| HOLOGIC LIMITED<br>PARTNERSHIP<br>250 CAMPUS DR<br>MARLBOROUGH, MA 01752 | INSTRUMEDICS LLO<br>4177 VARSITY DR,UNIT B<br>ANN ARBOR, MI 48108 | JEFFERSON CO HOSPITAL<br>P.O. BOX 577<br>FAYETTE, MS 39069 |
| HOSPITAL SOLUTIONS,INC<br>SUITE 475<br>HOUSTON, TX 77037 | INSTURMENTATION LAB<br>P.O. BOX 347934<br>PITTSBURGH, PA 15251 | JOHNSON & JOHNSON<br>HEALTHCARE<br>P.O. BOX 406663<br>ATLANTA, GA 30384 |
| KARL HUBBARD, MD<br>125 LOWER WOODVILLE RD<br>APT F142<br>NATCHEZ, MS 39120 | INTEGRA LIFESCIENCES<br>CORP<br>P.O. BOX 404129<br>ATLANTA, GA 30384 | KATHRYN E JOHNSON<br>C/O BRUCE KUEHNLE, ESQ<br>P.O. BOX 866<br>NATCHEZ, MS 39121 |
| KARL HUBBARD, MD<br>2085 RIVERSHORE RD<br>ELIZABETH CITY, NC 27909 | INTEGRATED MED SYSTEM<br>INTERNATIONAL INC<br>P.O. BOX 2725<br>COLUMBUS, GA 31902 | JOINT COMMISION<br>RESOURNCES<br>P.O. BOX 92775<br>CHICAGO, IL 60675 |

                                                                    Natchez Regional Medica

| | | |
|---|---|---|
| MERE KATE<br>203 S BROADWAY<br>PROVIDENCE, KY 42450 | MARGARET KNIGHT<br>C/O RAYFORD CHAMBERS<br>P.O. BOX 12393<br>JACKSON, MS 39236 | LCR CORPORATION<br>107 PASSBACH<br>NATCHEZ, MS 39120 |
| KCI USA<br>P.O. BOX 203086<br>HOUSTON, TX 77216 | KOSSEN EQUIP INC/TAYLO<br>P.O. BOX 29<br>LOUISVILLE, MS 39339 | LEFOLDT & ASSOCIATE<br>119 GLENWOOD BND<br>MADISON, MS 39110 |
| KENIDI PEYTON FLOWERS<br>C/O WILLIAM FULGHAM<br>188 E CAPITOL ST,S777<br>JACKSON, MS 39201 | HENDRICK KUIPER MD<br>305 HIGH ST<br>NATCHEZ, MS 39120 | LEFOLDT & ASSOCIATES<br>119 GLENWOOD BEND<br>MADISON, MS 39110 |
| KEY SURGICAL<br>8101 WALLACE RD<br>EDEN PRAIRIE, MN 55344 | HENDRIK KLAUS KUIPER,<br>MD<br>305 HIGH STREET<br>NATCHEZ, MS 39120 | LEGALSHIELD<br>P.O. BOX 2629<br>ADA, OK 74821 |
| KEYSTONE MEDICAL SVC<br>OF MS, INC<br>6075 POPLAR AVE,S-727<br>MEMPHIS, TN 38119 | LABCORP<br>P.O. BOX 12140<br>BURLINGTON, NC 27216 | LEXION MEDICAL LLC<br>545 ATWATER CIRCLE<br>SAINT PAUL, MN 55103 |
| KEYSTONE MEDICAL SVC<br>C/O JAMES O'MARA, ESQ<br>P.O. BOX 16114<br>JACKSON, MS 39236 | LABORATORY CORP<br>OF AMERICA HOLDINGS<br>P.O. BOX 12140<br>BURLINGTON, NC 27216 | LIFENET HEALTH<br>P.O. BOX 79636<br>BALTIMORE, MD 21279 |
| KIMBRELL OFFICE SUPPLY<br>P.O. BOX 649<br>JACKSON, MS 39205 | LABORATORY CORP OF<br>AMERICA HOLDINGS<br>P.O. BOX 12140<br>BURLINGTON, NC 27216 | BEVERLY LOVE, MD<br>210 AUBURN AVE<br>NATCHEZ, MS 39120 |
| KLS PHYSICS GRP LLC<br>124 KILLGORE RD<br>RUSTON, LA 71270 | LABORATORY FOR STONE<br>RESEARCH<br>P.O. BOX 129<br>NEWTON, MA 02468 | MAGNOLIA SERVICE GROUP<br>39059 HWY 621<br>SUITE F<br>GONZALES, LA 70737 |
| KNEE CREATIONS<br>900 AIRPORT RD<br>SUITE 3B<br>WEST CHESTER, PA 19380 | LABSCO<br>250 OTTAWA AVE<br>LOUISVILLE, KY 40209 | MAGNOLIA SERVICE GROUP<br>39059 HWY 621<br>STE F<br>GONZALES, LA 70737 |

Natchez Regional Medica

| | | |
|---|---|---|
| MAGNOLIA SVC GRP<br>P.O. BOX 535<br>PRAIRIEVILLE, LA 70769 | JERRY MCDANIEL, CRNA<br>1646 CENTREVILLE RD<br>CENTREVILLE, MS 39631 | MEDARTIS<br>127 W STREET RD<br>KENNETT SQUARE, PA 1934 |
| MAMMOGRAPHY REPORT SYS<br>19000 33RD AVE W<br>SUITE 130<br>LYNNWOOD, WA 98036 | MD MITCHELL-DAY LAW<br>618 CRESCENT BLVD<br>SUITE 203<br>RIDGELAND, MS 39157 | MEDASSETS, INC.<br>P.O. BOX 405652<br>ATLANTA, GA 30384 |
| MARLOW FLORAL PRODUCTS<br>119-121 W MAIN<br>MARLOW, OK 73055 | MD PROPERTIES, LLC<br>P.O. BOX 1260<br>RIDGELAND, MS 39158 | MEDICAL INFORMATION<br>TECHNOLOGY, INC.<br>P.O. BOX 74569<br>CHICAGO, IL 60696 |
| CHRISTOPHER MARTIN<br>810 JOSEPH ST<br>NEW ORLEANS, LA 70115 | MD PROPERTIES, LLC<br>613 CRESCENT CIR, S200<br>RIDGELAND, MS 39157 | MEDLINE INDUSTRIES INC<br>P.O. BOX 121080<br>DALLAS, TX 75312 |
| TIM & KRISTIE MARTIN<br>C/O JENNIFER WILKINSON<br>P.O. BOX 15039<br>HATTIESBURG, MS 39404 | MD PROPERTIES, LLC/<br>CP1<br>613 CRESCENT CIR, S-200<br>RIDGELAND, MS 39157 | MEDRAD INCORPORATED<br>P.O. BOX 360172<br>PITTSBURGH, PA 15251 |
| MASIMO AMERICAS INC<br>P.O. BOX 51210<br>LOS ANGELES, CA 90051 | MECTRA LABS<br>P.O. BOX 350<br>BLOOMFIELD, IN 47424 | MEDSERVICE REPAIR INC<br>1234 ALLANSON RD<br>MUNDELEIN, IL 60060 |
| MBIA<br>C/O ROBERT CHRISTMAS<br>437 MADISON AVE<br>NEW YORK, NY 10022 | MED ONE CAPITAL FUND<br>P.O. BOX 271128<br>SALT LAKE CITY, UT 84127 | MEDTRONIC USA INC<br>P.O. BOX 409201<br>ATLANTA, GA 30384 |
| MBIA<br>C/O CRAIG GENO, ESQ<br>587 HIGHLAND COL PKWY<br>RIDGELAND, MS 39157 | MED SERVICE & REPAIR<br>1234 ALLANSON RD<br>MUNDELEIN, IL 60060 | METRO AMBULANCE SVC<br>DBA AM MEDICAL RESPONS<br>12020 INTRAPLEX PKWY<br>GULFPORT, MS 39503 |
| DANIEL MCCALLUM, MD<br>200 DANA RD<br>NATCHEZ, MS 39120 | MED-PAT INC<br>31 RIORDAN PLACE<br>SHREWSBURY, NJ 07702 | METRO MECHANICAL, INC<br>P.O. BOX 368<br>BOLTON, MS 39041 |

Natchez Regional Medica

| | | |
|---|---|---|
| MHA PUBLIC HOSP<br>ASSESSMENT FUND<br>116 WOODGREEN CROSSING<br>MADISON, MS 39110 | MSDOH BREAST &<br>CERVICAL CANCER<br>P.O. BOX 1700<br>JACKSON, MS 39215 | NATCHEZ MINI STORAGE<br>293 HIGHLAND BLVD<br>NATCHEZ, MS 39120 |
| MICROLINE SURGICAL<br>800 CUMMINGS CENTER<br>BEVERLY, MA 01915 | MSDS SOURCE LLC<br>50 CENTRE ST<br>CONCORD, NH 03301 | NATCHEZ PATHOLOGY<br>5 STAHLMAN<br>NATCHEZ, MS 39120 |
| MITZI FERGUSON, MD<br>AND REBECCA JUNKIN<br>P.O. BOX 1411<br>NATCHEZ, MS 39120 | MSL HEALTHCARE<br>CONSULTING, INC<br>229 WHITNEY DR<br>BARRINGTON, IL 60010 | NATCHEZ PATHOLOGY LAB<br>5 STAHLMAN ST<br>NATCHEZ, MS 39120 |
| MORA<br>4400 LAKELAND DR<br>FLOWOOD, MS 39232 | MURRAY PRINTING<br>154 EAST FRANKLIN ST<br>NATCHEZ, MS 39120 | NATIONAL JEWELRY CO<br>P.O. BOX 1248<br>RUSTON, LA 71273 |
| MRI OF MISS LOU<br>3114 LAKE ST<br>LAKE CHARLES, LA 70601 | MYKEES NORRIS<br>C/O ERIC DILLON, ESQ<br>140 TOWNSHIP AVE,S-222<br>RIDGELAND, MS 39157 | NATIONAL PAYMENT CTR<br>P.O. BOX 105081<br>ATLANTA, GA 30348 |
| MS DEPT OF HEALTH/<br>NEWBORN S P<br>P.O. BOX 1700<br>JACKSON, MS 39215 | NATCHEZ COMMUNITY HOSP<br>129 JEFFERSON DAVIS<br>BLVD<br>NATCHEZ, MS 39120 | NATUS MEDICAL INC.<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139 |
| MS DEVELOPMENT BANK<br>735 RIVERSIDE DRIVE<br>SUITE 300<br>JACKSON, MS 39202 | NATCHEZ DEMOCRAT<br>P.O. BOX 1447<br>NATCHEZ, MS 39121 | NETWORK SUPPORT SVC<br>23032 PORTWOOD LANE<br>ZACHARY, LA 70791 |
| MS HOSPITAL ASSOC<br>P.O. BOX 1996<br>MADISON, MS 39130 | NATCHEZ LAWN AND<br>LANDSCAPE<br>P.O. BOX 18051<br>NATCHEZ, MS 39120 | NEUROTHERM<br>30 UPTON DRIVE, STE 2<br>WILMINGTON, MA 01887 |
| MSDH BREAST & CERVICAL<br>CANCER PROGRAM<br>P.O. BOX 1700<br>JACKSON, MS 39215 | NATCHEZ MEDICAL FOUND.<br>54 SEARGENT S<br>PRENTISS DR<br>NATCHEZ, MS 39120 | NEVEX GLOBAL INC<br>P.O. BOX 60941<br>CHARLOTTE, NC 28260 |

Natchez Regional Medica

| | | |
|---|---|---|
| MYKEE NORRIS<br>C/O ERIC DILLON, ESQ<br>140 TOWNSHIP AVE, S222<br>RIDGELAND, MS 39157 | OPEN AIR OF MS-LOU<br>3114 LAKE STREET<br>LAKE CHARLES, LA 70601 | PHILIPS MEDICAL SYSTEM<br>P.O. BOX 100355<br>ATLANTA, GA 30384 |
| NOVARAD SOUTH<br>505 OOTHCALOOGA ST<br>CALHOUN, GA 30701 | ORTHO CLINICAL DIAG<br>P.O. BOX 406663<br>ATLANTA, GA 30384 | PHYSICIAN SALES & SVC<br>6000 FELDWOOD RD<br>COLLEGE PARK, GA 30349 |
| NRMC/BENEFIT MGMT<br>SYSTEMS INC<br>P.O. BOX 2058<br>MADISON, MS 39130 | OWENS & MINOR<br>P.O. BOX 841420<br>DALLAS, TX 75284 | PILEUM CORPORATION<br>P.O. BOX 24023<br>DEPT 03-017<br>JACKSON, MS 39225 |
| NUANCE CORPORATION<br>P. O. BOX 2561<br>CAROL STREAM, IL 60132 | P.V.C.<br>P.O. BOX 766<br>VIDALIA, LA 71373 | PITNEY BOWES PURCHASE<br>POWER<br>P.O. BOX 371874<br>PITTSBURGH, PA 15250 |
| NUELL INC<br>P.O. BOX 55<br>WARSAW, IN 46581 | J C PASSMAN, MD<br>46 SGT PRENTISS DR<br>SUITE 103<br>NATCHEZ, MS 39120 | CALVIN POOLE, MD<br>6606 W HOMOCHITTO RD<br>GLOSTER, MS 39638 |
| OLYMPUS CORPORATION<br>DEPT 0600<br>DALLAS, TX 75312 | PERS OF MISSISSIPPI<br>429 MISSISSIPPI ST<br>JACKSON, MS 39201 | POSITIVE PROMOTIONS<br>15 GILPIN AVE<br>HAUPPAUGE, NY 11788 |
| OLYMPUS FINANCIAL SVC<br>P.O. BOX 200183<br>PITTSBURGH, PA 15251 | ARTHUR PERSON, CRNA<br>153 DUNBAR RD<br>NATCHEZ, MS 39120 | PRAXAIR<br>DEPT CH 100660<br>PALATINE, IL 60005 |
| OMNICELL<br>1201 CHARLESTON RD<br>MOUNTAIN VIEW, CA 94043 | PHARMCY ONE SOURCE<br>3535 FACTORIA BLVD SE<br>BELLEVUE, WA 98005 | PRECISION DYNAMICS<br>4193 SOLUTIONS CTR<br>CHICAGO, IL 60677 |
| OPEN AIR MRI<br>MISS-LOU<br>P.O. BOX 3711<br>LAKE CHARLES, LA 70602 | PHILIPS MEDICAL<br>CAPITAL LLC<br>P.O. BOX 92449<br>CLEVELAND, OH 44193 | PRECISION RADIOLOGY<br>OF LOUISANA, LLC<br>201 W VERMILLION,S200<br>LAFAYETTE, LA 70501 |

Natchez Regional Medica

| | | |
|---|---|---|
| PRECISION RADIOLOGY<br>201 W. VERMILLION<br>SUITE 200<br>LAFAYETTE, LA 70501 | PROMISE TRANSFER AGMT<br>209 FRONT ST<br>VIDALIA, LA 71373 | REGIONS BANK TRUSTEE<br>C/O WALLACE DUKE<br>150 4TH AVE N,9TH FL<br>NASHVILLE, TN 37219 |
| PRECISION RADIOLOY<br>MGMT OF LA, LLC<br>201 W VERMILION, S200<br>LAFAYETTE, LA 70501 | THOMAS PURVIS, MD<br>1066 HWY 61 S<br>NATCHEZ, MS 39120 | REHAB CARE<br>F/D/B/A THEREX, INC<br>341 COOL SPRINGS BLVD<br>FRANKLIN, TN 37067 |
| PRECISION SURGICAL<br>P.O. BOX 1000<br>MEMPHIS, TN 38148 | PUZZLED<br>5310 DERRY AVE<br>SUITE J<br>AGOURA HILLS, CA 91301 | REMEL INC<br>BOX 96299<br>CHICAGO, IL 60693 |
| PREMIUM FINANCING<br>SPECIALIST INC<br>P.O. BOX 13454<br>NEWARK, NJ 07188 | QUALIFIED PLAN<br>CONSULTANTS, INC<br>P.O. BOX 1167<br>GREAT BEND, KS 67530 | DONALD R RENTFRO<br>100 NORTH TEMPLE<br>NATCHEZ, MS 39120 |
| PRIME CARE NURSING<br>P.O. BOX 852<br>GREENVILLE, MS 38702 | QUALITY COMPRESSED AIR<br>SVC, INC<br>P.O. BOX 1837<br>BRANDON, MS 39043 | RESTATED<br>6075 POPLAR AVE<br>S 727<br>MEMPHIS, TN 38119 |
| PRO TEL INC<br>P.O. BOX 54323<br>PEARL, MS 39288 | R&D BATTERIES INC<br>P.O. BOX 5007<br>BURNSVILLE, MN 55337 | RIVERVIEW ANESTHESIA<br>PLLC<br>121 KAISER LAKE RD<br>NATCHEZ, MS 39120 |
| PROGRESSIVE MEDICAL<br>INC<br>P.O. BOX 771410<br>SAINT LOUIS, MO 63177 | R.L. BLANTON CONSTR<br>P.O. BOX 316<br>WASHINGTON, MS 39120 | RNA MEDICAL<br>7 JACKSON RD<br>DEVENS, MA 01434 |
| PROMISE HOSPITAL<br>209 FRONT ST<br>VIDALIA, LA 71373 | RCG MISSISSIPPI, INC<br>550 METROPLEX DR<br>NASHVILLE, TN 37241 | ROCHE DIAGNOSTICS CORP<br>P.O. BOX 660367<br>DALLAS, TX 75266 |
| PROMISE LEASE AGMT<br>209 FRONT ST<br>VIDALIA, LA 71373 | RCG-NATCHEZ ACUTE<br>P.O. BOX 41500<br>MSC 30545<br>NASHVILLE, TN 37241 | ALFREDO RODRIGUEZ<br>3351 LAKELAND DR #B<br>SUITE 1040<br>FLOWOOD, MS 39232 |

| | | |
|---|---|---|
| RUHOF CORP<br>393 SAGAMORE AVE<br>MINEOLA, NY 11501 | SG-2, LLC<br>35347 EAGLE WAY<br>CHICAGO, IL 60678 | STARR ANESTHESIA<br>29 COLONY DR<br>NATCHEZ, MS 39120 |
| SALLIE MAE<br>P.O. BOX 9500<br>WILKES BARRE, PA 18773 | SIEMENS FIN SVC INC<br>P.O. BOX 2083<br>CAROL STREAM, IL 60132 | BILLY JODY STARR,CRNA<br>29 COLONY DR<br>NATCHEZ, MS 39120 |
| SALLIE MAE<br>C/O PSHON BARRETT<br>501 E COURT ST  S4.430<br>JACKSON, MS 39201 | SIMPLEX GRINNELL<br>DEPT CH 10320<br>PALATINE, IL 60055 | STEPHENS & HOBOY INS<br>601-B MAIN STREET<br>NATCHEZ, MS 39120 |
| SAMMONS PRESTON INC<br>1000 REMINGTON BLVD<br>SUITE 210<br>BOLINGBROOK, IL 60440 | SIMPLEXGRINNELL<br>181 DAVIS JOHNSON DR<br>STE C<br>RICHLAND, MS 39218 | MR. LIONEL STEPTER<br>107 WOODVILLE DR<br>NATCHEZ, MS 39120 |
| SANOFI PASTEUR<br>12458 COLLECTIONS CTR<br>CHICAGO, IL 60693 | SOLAR SUPPLY INC<br>261 LIBERTY RD<br>NATCHEZ, MS 39120 | STERICYCLE INC<br>P.O. BOX 6575<br>CAROL STREAM, IL 60197 |
| SCANLAN INTERNATIONAL<br>ONE SCANLAN PLAZA<br>SAINT PAUL, MN 55107 | SANTANU SOM, DO<br>C/O EDWARD HOPKINS<br>1225 FRANKLINE AVE<br>GARDEN CITY, NY 11530 | STERICYCLE, INC.<br>P.O. BOX 6575<br>CAROL STREAM, IL 60197 |
| SCHINDLER ELEVATOR COR<br>P. O. BOX 93050<br>CHICAGO, IL 60673 | SOURCEMARK<br>100 WINNERS CIRCLE<br>BRENTWOOD, TN 37027 | STERIGEN<br>P.O. BOX 11407<br>BIRMINGHAM, AL 35246 |
| SERVICE PLUS<br>COMMUNICATION<br>P.O. BOX 420<br>CLINTON, MS 39060 | SPECIALTY SURGICAL<br>INSTRUMENTATION<br>P.O. BOX 759159<br>BALTIMORE, MD 21275 | STERIGEN, LLC<br>P.O. BOX 11407<br>BIRMINGHAM, AL 35246 |
| SG-2<br>5250 OLD ORCHARD RD<br>SKOKIE, IL 60077 | SSI GROUP, INC<br>4721 MORRISON DR<br>MOBILE, AL 36609 | STRYKER ENDOSCOPY<br>5900 OPTICAL COURT<br>SAN JOSE, CA 95138 |

Natchez Regional Medica

```
STRYKER INSTRUMENT             T SYSTEM INC                   THE STANDARD REGISTER
SALES CORP                     4020 MCEWEN DR                 P. O. BOX 840655
4100 EAST MILHAM               SUITE 200                      DALLAS, TX 75284
KALAMAZOO, MI 49001            DALLAS, TX 75244


STRYKER MEDICAL                T&E ENTERPRISES                THERACOM INC
1901 ROMENCE RD                P.O. BOX 157                   P.O. BOX 640105
PORTAGE, MI 49002              NATCHEZ, MS 39120              CINCINNATI, OH 45264


STRYKER ORTHOPAEDICS           TELEFLEX MEDICAL INC           THERAMED INC
131 S DEARBORN 6TH FL          P.O. BOX 601608                P.O. BOX 496
CHICAGO, IL 60603              CHARLOTTE, NC 28260            RIDGELAND, MS 39158


STUART C IRBY CO               TELEINTERPRETERS               THEREX, INC.
P.O. BOX 741001                P.O. BOX 202572                P.O. BOX 502096
ATLANTA, GA 30384              DALLAS, TX 75320               SAINT LOUIS, MO 63150


KENNETH STUBBS, MD             TELEMEDX                       THOMPSON REUTERS
46 SEARGENT PRENTISS           14504 NORTH FREEWAY            (HEALTHCARE) INC
SUITE 300                      HOUSTON, TX 77090              107 CHURCH ST,S700
NATCHEZ, MS 39120                                             EVANSTON, IL 60201


KENNETH STUBBS, MD             TERRY-TRANE SVC AGCY           THORPE SHEET METAL
46 SGT S PRENTISS DR           P.O. BOX 1557                  15 TUCCIO LANE
SUITE 300                      RIDGELAND, MS 39158            NATCHEZ, MS 39120
NATCHEZ, MS 39120


SWAN CREEK CANDLE CO           THE FILE DEPOT                 THYSSENKRUPP ELEVATOR
P. O. BOX 239                  P.O. BOX 1165                  5267 GREENWAY DR.
SWANTON, OH 43558              NATCHEZ, MS 39121              JACKSON, MS 39204


SYSTEM ONE MEDICAL CO          THE GUILLON GROUP              BARRY TILLMAN, MD
7509 YARDLEY WAY               P.O. BOX 1103                  314 NORTH RANKIN ST
TAMPA, FL 33647                NATCHEZ, MS 39120              NATCHEZ, MS 39120


T SYSTEM INC                   THE SSI GROUP, INC.            TOSHIBA BUSINESS
P.O. BOX 122537                P.O. BOX 890987                SOLUTIONS
DALLAS, TX 75312               CHARLOTTE, NC 28289            P.O. BOX 1217
                                                              COLUMBUS, MS 39705
```

| | | |
|---|---|---|
| TOTAL SCOPE, INC<br>17 CREEK PARKWAY<br>BOOTHWYN, PA 19061 | UNITED MISSISSIPPI BK<br>P.O. BOX 670<br>NATCHEZ, MS 39121 | VIDISTAR<br>P.O. BOX 8539<br>GREENVILLE, SC 29604 |
| TRI-ANIM HEALTHCARE<br>SVCS INC<br>25197 NETWORK PL<br>CHICAGO, IL 60673 | UNITED PARCEL SERVICE<br>LOCKBOX 577<br>CAROL STREAM, IL 60132 | VIDISTAR, LLC<br>P.O. BOX 8539<br>GREENVILLE, SC 29604 |
| TRIMED<br>P.O. BOX 55189<br>VALENCIA, CA 91385 | UNIVERSAL IMPORTS LLC<br>2512 HOLIDAY DR<br>GAUTIER, MS 39553 | VIRTUAL RADIOLOGIC COR<br>11995 SINGLETREE LANE<br>#500<br>EDEN PRAIRIE, MN 55344 |
| SUSAN&ROBERT TRUJILLO<br>C/O KEITH P RICHARDS<br>6513 PERKINS RD<br>BATON ROUGE, LA 70808 | UNIVERSITY HOSPITAL SV<br>P.O. BOX 86<br>MINNEAPOLIS, MN 55486 | VITAL SIGNS<br>P.O. BOX 402431<br>ATLANTA, GA 30384 |
| TRUVEN HEALTH<br>ANALYTICS INC<br>39353 TREASURY CTR<br>CHICAGO, IL 60694 | VALLEY FOOD<br>P.O. BOX 5454<br>PEARL, MS 39288 | LATOYA WALKER, MD<br>107 DUSTER DR<br>NATCHEZ, MS 39120 |
| TYPENEX MEDICAL<br>303 E WACKER DR<br>SUITE 1200<br>CHICAGO, IL 60601 | VALLEY SERVICE, INC.<br>P.O. BOX 5454<br>JACKSON, MS 39288 | ANGIE WALLER, CFNP<br>39 LOW WATER BRIDGE<br>NATCHEZ, MS 39120 |
| U S WATER SERVICES<br>12270 43RD STREET NE<br>SAINT MICHAEL, MN 55376 | VERATHON MEDICAL<br>20001 NORTH CREEK PKWY<br>BOTHELL, WA 98011 | WALMART COMMUNITY<br>P.O. BOX 530934<br>ATLANTA, GA 30353 |
| UNITED BLOOD SERVICES<br>REGIONAL<br>1503 BERTRAND DR<br>LAFAYETTE, LA 70506 | MATTHEW VERUCCHI, MD<br>46 SGT S PRENTISS DR<br>NATCHEZ, MS 39120 | WAYNE'S LOCK & KEY<br>P.O. BOX 17701<br>NATCHEZ, MS 39122 |
| UNITED BLOOD SVC/<br>BLOOD SYSTEMS LAB<br>P.O. BOX 53022<br>PHOENIX, AZ 85072 | VIDA CARE CORP<br>P.O. BOX 122474<br>DALLAS, TX 75312 | WERFEN USA LLC<br>P.O. BOX 347934<br>PITTSBURGH, PA 15251 |

Natchez Regional Medical Center -

| | |
|---|---|
| WESTPORT LINEN SVC<br>510 KORNMEYER PLAZA DR<br>BATON ROUGE, LA 70806 | YELLOW PAGES<br>P.O. BOX 5010<br>CAROL STREAM, IL 60197 |
| WESTPORT LINEN, INC<br>510 KORNMEYER PLAZA<br>BATON ROUGE, LA 70806 | YOUNG'S INC.<br>P.O. BOX 145<br>DUNDEE, MI 48131 |
| WILLIAM HATHCOX, LLC<br>283 OGDEN RD<br>NATCHEZ, MS 39120 | ZIMMER US INC<br>P.O. BOX 277530<br>ATLANTA, GA 30384 |

LISA WILSON,CRNA
121 KAISER LAKE RD
NATCHEZ, MS 39120

WINTHROP RESOURCES
CORP
P.O. BOX 650
HOPKINS, MN 55343

SCOTT WOLFE, MD
46 SGT. S PRENTISS DR.
2ND FLOOR
NATCHEZ, MS 39120

WOLTERS KLUWER HEALTH
77 WESTPORT PLAZA DR
STE 450
SAINT LOUIS, MO 63146

WORLDPOINT ECC INC
6388 EAGLE WAY
CHICAGO, IL 60678

XEROX
P.O. BOX 802555
CHICAGO, IL 60680