# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | NATCHEZ REGIONAL MEDICAL CENTER | CASE NO. | 14-01048-NPO |
| | DEBTOR(S) | CHAPTER | 9 |

## NOTICE OF APPOINTMENT OF
## CHAPTER 9 UNSECURED CREDITORS' COMMITTEE

NOTICE IS HEREBY GIVEN that Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, has appointed an unsecured creditors' committee in the above styled and numbered case, and those members are listed on the attached Appointment of Unsecured Creditors' Committee.

RESPECTFULLY SUBMITTED, this the 13th day of June, 2014.

                                              HENRY G. HOBBS, JR.
                                              Acting United States Trustee
                                              Region 5, Judicial Districts of
                                              Louisiana and Mississippi

                                By:    */s/Christopher J. Steiskal, Sr.*
                                         CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL:  (601) 965-5241
FAX:  (601) 965-5226
EMAIL:  christopher.j.steiskal@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: NATCHEZ REGIONAL MEDICAL
CENTER    CASE NO.  14-01048-NPO

DEBTOR(S)    CHAPTER 9

## APPOINTMENT OF CHAPTER 9 UNSECURED CREDITORS' COMMITTEE

PURSUANT to 11 U.S.C. § 1102 through 11 U.S.C. § 901, Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, hereby appoints the following creditors holding unsecured claims in the above styled and numbered case to serve on the unsecured creditors' committee:

**NAME AND ADDRESS OF INDIVIDUAL SERVING AND NAME OF CREDITOR**:

1. Blood Systems, Inc., d/b/a United Blood Services and
Blood Systems Laboratories
c/o Christopher A. Ward
Polsinelli PC, Polsinelli LLP
222 Delaware Ave., Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0922
Facsimile: (302) 252-0921
Email: cward@polsinelli.com

2. Compliant Healthcare Technologies
c/o Patrick F. McAllister
Williford, McAllister & Jacobus, LLP
303 Highland Park Cove, Suite A
Ridgeland, MS 39157
Telephone: (601) 991-2000
Facsimile: (601) 991-0859
Email: pmcallister@wmjlaw.com

3. TherEx, Inc.
c/o Phillip A. Martin
Fultz Maddox Hovious & Dickens, PLC
101 South Fifth Street, 27th Floor
Louisville, KY 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020

Email: pmartin@fmhd.com

RESPECTFULLY SUBMITTED, this the 13th day of June, 2014.

                                              HENRY G. HOBBS, JR.
                                              Acting United States Trustee
                                              Region 5, Judicial Districts of
                                              Louisiana and Mississippi

                                By:    */s/Christopher J. Steiskal, Sr.*
                                              CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241
FAX: (601) 965-5226
EMAIL: christopher.j.steiskal@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that I have this day mailed via first class U.S. Mail, and/or forwarded via facsimile and electronic mail, a true and correct copy of the foregoing pleading to the below named individual(s):

Blood Systems, Inc., d/b/a United Blood Services and Blood Systems Laboratories
c/o Christopher A. Ward
Polsinelli PC, Polsinelli LLP
222 Delaware Ave., Suite 1101
Wilmington, DE 19801
Facsimile: (302) 252-0921

TherEx, Inc.
c/o Phillip A. Martin
Fultz Maddox Hovious & Dickens, PLC
101 South Fifth Street, 27th Floor
Louisville, KY 40202
Facsimile: (502) 588-2020

Compliant Healthcare Technologies
c/o Patrick F. McAllister
Williford, McAllister & Jacobus, LLP
303 Highland Park Cove, Suite A
Ridgeland, MS 39157
Facsimile: (601) 991-0859

Eileen N. Shaffer
Email: enslaw@bellsouth.net

DATED, this the 13th day of June, 2014.

*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR.