**EXHIBIT A**

## Schedule 1.1(g)

### Contracts

1. Certified Registered Nurse Anesthetist Contract for Services Agreement dated July 16, 2012 by and between Natchez Regional Medical Center and Starr Anesthesia.

2. Independent Physician EKG Interpretation Agreement dated June 1, 2010 by and between Natchez Regional Medical Center and Vikram Dulam, M.D.

3. Certified Registered Nurse Anesthetist Contract for Services Agreement dated July 30, 2012 by and between Natchez Regional Medical Center and Riverview Anesthesia PLLC

4. Mutual Agreement for Assistance Memorandum of Understanding by and between Adams County Correctional Center and Natchez Regional Medical Center

5. Service Agreement letter dated March 5, 2010 by and between Jefferson County Hospital and Natchez Regional Medical Center

6. Organ & Tissue Donation Cooperative Agreement dated by and between Mississippi Organ Recovery Agency and Natchez Regional Medical Center

7. Recovery Access Agreement dated April 23, 2009 by Mississippi Lions Eye Bank and Natchez Regional Medical Center

8. Clinical Purchased Services Agreement dated October 1, 2012 by and between Professional Rehabilitation Hospital, LLC d/b/a Promise Hospital of Miss Lou and Natchez Regional Medical Center

9. Professional and Medical Direction Services Agreement dated February 1, 2012 by and between Natchez Regional Medical Center and Barry Tillman, M.D.

10. Anesthesia Services Agreement dated September 8, 2010 by and between Natchez Regional Medical Center and Jack Dunn, LLC; as amended by that certain First Amendment to Anesthesia Services Agreement dated January 30, 2012

11. Psychiatric Services Agreement dated November 18, 2013 by and between Natchez Regional Medical Center and William S. Cook

12. Hospital Emergency Care Agreement dated November 15, 2008 by and between Natchez Regional Medical Center and Keystone Medical Services of MS, P.A.; as amended and restated by that certain Amended and Restated Hospital Emergency Care Agreement dated November 1, 2011 and that certain First Addendum to Hospital Emergency Care Agreement effective as of October 1, 2013 by and between Natchez Regional Medical Center and Keystone Medical Services of MS, Inc.

13. Business Associate Agreement dated November 1, 2011 by and between Keystone Medical Services of MS, Inc. and Natchez Regional Medical Center

14. Commitment Agreement dated on or around May 12, 2010 by and between Laboratory Corporation of America Holdings and its subsidiaries and Natchez Regional Medical Center

15. Radiology Services Agreement dated September 17, 2009 by and between Precision Radiology of Louisiana, LLC and Natchez Regional Medical Center, as amended on September 17, 2012 by that certain First Amendment to Radiology Services Agreement and on February 26, 2010 by that certain Second Amendment to Radiology Services Agreement

16. Acute Dialysis Services Agreement dated October 1, 2011 by and between RCG Mississippi, Inc. d/b/a RCG Natchez and Natchez Regional Medical Center (as amended by that certain Amendment to Acute Dialysis Services Agreement date February 10, 2012)

17. EEG Service Agreement dated February 2, 2010 by and between TELEMEDX Corporation and Natchez Regional Medical Center

18. Hospital Blood Services Agreement dated June 14, 2013 by and between Blood Systems, Inc. d/b/a United Blood Services and Natchez Regional Medical Center

19. Physician Credentialing and Privileging Agreement dated July 5, 2011 by and between Natchez Regional Medical Center and Virtual Radiologic Corporation

20. JSite Services Agreement (Number Q-2054404 Site Code Number: NA2885) dated May 20, 2011 by and between Dell Marketing L.P. and Natchez Regional Medical Center

21. Software License and Services Agreement dated April 28, 2009 by and between 3M Company and Natchez Regional Medical Center

22. Master Lease Agreement dated as of April 24, 2006 by and between General Electric Capital Corporation and Natchez Regional Medical Center along with the following related equipment schedules:

    a. Equipment Schedule dated as of May 8, 2013 to Master Lease Agreement dated as of April 24, 2006 by and between General Electric Capital Corporation and Natchez Regional Medical Center (including Acceptance Certificate dated as of June 21, 2013)

    b. Equipment Schedule dated as of November 29, 2010 to Master Lease Agreement dated as of April 24, 2006 by and between General Electric Capital Corporation and Natchez Regional Medical Center

Case 14-01048-NPO Doc 308-3 Filed 07/11/14 Entered 07/11/14 17:48:15 Desc
Exhibit 3 Page 183 of 492

    c. Equipment Schedule Dated as of December 13, 2007 to Master Lease Agreement dated as of April 24, 2006 by and between General Electric Capital Corporation and Natchez Regional Medical Center

23. Equipment Schedule dated as of December 13, 2007 to Master Lease Agreement dated as of December 13, 2007 by and between General Electric Capital Corporation and Natchez Regional Medical Center (including Addendum to Schedule dated December 13, 2007, Purchase Order Assignment dated December 13, 2007 and Acceptance Certificate dated December 18, 2007)

24. Maxiservice Schedule dated as of October 25, 2006 to Master Lease Agreement (Quasi) dated as of October 25, 2006 by and between General Electric Capital Company, General Electric Company, and Premier Imaging Center, LLC (including Standard Terms and Conditions, Additional Terms and Conditions, and Statement of Service Deliverables)

25. Quotation Number P8-C166687V1 dated April 2, 2013 by and between GE Medical Systems, Ultrasound & Primary Care Diagnostics, LLC and Natchez Regional Medical Center (including Natchez Regional Medical Center Standard Contract Addendum, Additional Terms and Conditions and Warranties: Ultrasound & Vscan, GE Healthcare Additional Terms and Conditions: ViewPoint Software Maintenance Agreement, GE Healthcare General Terms and Conditions, and Warranty Statement)

26. Transcription Service Agreement dated November 12, 2004 by and between STAT Transcription Services and Natchez Regional Medical Center, as amended by that certain Amendment #1 to Transcription Agreement dated on or around November 12, 2004 and that certain Addendum #2 dated on or around November 12, 2004

27. Physician Employment Agreement dated effective April 21, 2013 by and between Natchez Medical Foundation, Inc. and Karl Hubbard, M.D.

28. Independent Physician Rehabilitation Agreement dated January 1, 2010 by and between Natchez Regional Medical Center and Jeffrey A. Anderson, DO

29. Employment Agreement dated May 17, 2013 by and between Natchez Medical Foundation and Genna Guedon

30. Physician Employment Agreement dated June 12, 2012 by and between Daniel McCallum, M.D. and Natchez Regional Medical Center

31. Employment Agreement dated October 23, 2012 by and between Natchez Medical Foundation, Inc. and Angie Waller, CFNP

32. Vice President of Medical Affairs Independent Contractor Agreement dated April 28, 2008 by and between Natchez Regional Medical Center and Dr. Kenneth Stubbs, as amended on March 1, 2009 by the First Amendment to Independent Physician Agreement, as further amended on April 6, 2010 by the Second Amendment to

Independent Physician Agreement, and as further amended by the Third Amendment to and Assignment of Vice-President of Medical Affairs Independent Contractor Agreement dated November 23, 2011 by and between Natchez Regional Medical Center, Kenneth Stubbs, M.D., and Internal Medicine Associates of Natchez PLLC

33. Independent Physician EKG Interpretation Agreement dated July 1, 2009 by and between Natchez Regional Medical Center and Kenneth Stubbs, M.D.

34. Medical Direction Agreement dated July 6, 2009 by and between Natchez Regional Medical Center and Scott Wolfe, M.D, as amended by that certain First Amendment to Independent Physician Agreement dated July 5, 2010 and that Second Amendment to Independent Physician Agreement dated May 17, 2012

35. Certified Registered Nurse Anesthetist Contract for Service Agreement dated July 16, 2012 by and between Natchez Regional Medical Center and Anesthesia Services of Natchez

36. Lease Agreement dated May 7, 2012 by and between Leasing Associates of Barrington, Inc. and Natchez Regional Medical Center

37. Rental Agreement for Use by Mississippi Departments and Vendors dated on or around April 10, 2013 by and between Toshiba Business Solutions of Mississippi and Natchez Regional Medical Center (including Notice and Acknowledgment of Assignment of Rental Agreement dated April 2013

38. Lease Agreement dated April 21, 2006 by and between Natchez Regional Medical Center and Philips Medical Capital (iE33 with CustomerCare Support)

39. Lease Agreement dated April 21, 2006 by and between Natchez Regional Medical Center and Philips Medical Capital (Xcelera Focus with CustoemrCare Support)

40. Master Agreement dated on or around September 30, 2011 by and between DrFirst.com, Inc. and Natchez Regional Medical Center

41. Natchez Regional Medical Center Business Associate Agreement) Confidentiality Agreement dated September 25, 2011 by and between Natchez Regional Medical Center and Josh Foster, CRNA

42. Physician Employment Agreement dated May 30, 2013 by and between Natchez Medical Foundation, Inc. and Beverly Love, M.D.

43. Contract dated on or around June 5, 2013 by and between the Mississippi State Department of Health and Natchez Regional Medical Center

11

44. Natchez Regional Medical Center PRN Certified registered Nurse Anesthesist Contract for Service Agreement dated September 9, 2011 by and between Natchez Regional Medical Center and Gerald McDaniel, CRNA

45. Natchez Regional Medical Center PRN Certified registered Nurse Anesthesist Contract for Service Agreement dated June 1, 2010 by and between Natchez Regional Medical Center and Susan Graning, CRNA

46. Subscription Agreement dated on or around June 29, 2011 by and between Natchez Regional Medical Center and Thomson Reuters (Healthcare) Inc. (including CareDiscovery Quality Measures Supplement dated July 1, 2011. See also Amendments 1-6 and Amendment No. 7 to the CareDiscovery Quality Measures Supplement dated as of April 1, 2014 by and between Truven Health Analytics and Natchez Regional Medical Center)

47. Agreement for Physician Drug Screen Review dated October 1, 2012 by and between Natchez Regional Medical Center and Matthew Verucchi, M.D.

48. Independent Psychiatric Services Agreement dated October 4, 2013 by and between Natchez Regional Medical Center and Alfredo Rodriquez, M.D.

49. Service Solution dated March 1, 2011 to February 28, 2016 by and between Natchez Regional Medical Center and SimplexGrinnell LP

50. Service Solution dated March 1, 2011 to February 29, 2016 by and between Natchez Regional Medical Center and SimplexGrinnell LP

51. Service Agreement dated August 1, 2005 by and between Natchez Regional Medical Center and Waste Management of Central Mississippi

52. Independent Physician Agreement dated July 1, 2013 by and between Scott Wolfe, MD and Natchez Medical Foundation, Inc. (Collaborating Physician; Genna Guedon)

53. Independent Physician Agreement dated July 1, 2013 by and between Scott Wolfe, MD and Natchez Medical Foundation, Inc. (Collaborating Physician: Angie Waller)

54. Disaster Recovery System License Agreement dated January 24, 2014 by and between Natchez Regional Medical Center and T-System, Inc.

55. Spent Cooking Oil Removal Service Agreement commencing on July 16, 2009 by and between Natchez Regional Medical Center and Griffin Industries, Inc.

56. Hospital Provider Agreement by and between Magnolia Health Plan, Inc. and Natchez Regional Medical Center as amended by that certain Amendment to the Mississippi Coordinated Access Network Agreement between Magnolia Health Plan and Natchez Regional Medical Center

57. Recovery Access Agreement dated as of July 1, 2014 by and between Mississippi Lions Eye Bank and Natchez Regional Medical Center

58. Independent Physician Hospitalist Agreement effective as of March 1, 2014 between Natchez Regional Medical Center and John O'Brien M.D.

59. Health Care Information System Software Agreement dated as of November 14, 2006 by and between Medical Information Technology, Inc. and Natchez Regional Medical Center

60. Health Care Information System Software Agreement dated as of July 30, 2012 by and between Medical Information Technology, Inc. and Natchez Regional Medical Center

61. Health Care Information System Software Agreement dated as of October 18, 2011 by and between Medical Information Technology, Inc. and Natchez Regional Medical Center

62. Health Care Information System Software Agreement dated as of August 24, 1995 by and between Medical Information Technology, Inc. and Natchez Regional Medical Center, as amended on April 30, 1996 and July 31, 1996.

63. Health Care Information System Software Agreement dated as of September 30, 2010 by and between Medical Information Technology, Inc. and Natchez Regional Medical Center

64. Health Care Information System Software Agreement dated as of March 31, 2013 by and between Medical Information Technology, Inc. and Natchez Regional Medical Center

65. Health Care Information System Software Agreement dated as of June 23, 2010 by and between Medical Information Technology, Inc. and Natchez Regional Medical Center

66. Contract Supplement dated February 4, 2013 by and between Natchez Regional Medical Center and McKesson Health Solutions LLC

67. Customer Agreement effective as of March 11, 2010 by and between Natchez Regional Medical Center and NovaRad South Corporation

68. Self Pay Management System Service Agreement effective as of July 29, 2011 by and between nTelagent and Natchez Regional Medical Center

69. vRad Finals Advantage Teleradiology Services Agreement effective as of January 1, 2010 by and between Virtual Radiologic Corporation and Natchez Regional Medical Center

13

70. eClinicalWorks Software License and Support Up Front Agreement by and between eClinicalWorks and Passman-Haimson Orthopaedics

71. eClinicalWorks Addendum (Changing from EaseMD Systems to eClinicalWorks Direct Client effective August 28, 2013