___



**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: December 10, 2014**

The Order of the Court is set forth below. The docket reflects the date entered.
___

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE:** | **CASE NO. 14-01048-NPO** |
| **NATCHEZ REGIONAL MEDICAL CENTER** | **CHAPTER 9** |
| **DEBTOR** | |

### CONSENT ORDER GRANTING MOTION BY
### ARAMARK HEALTHCARE TECHNOLOGIES, LLC
### FOR ALLOWANCE AND PAYMENT OF ADMNIISTRATIVE EXPENSE
### (Dkt. # 536)

CONSIDERING the agreement reached between the Liquidating Trustee for Natchez Regional Medical Center and ARAMARK Healthcare Technologies, LLC ("ARAMARK"), regarding the *Motion by ARAMARK Healthcare Technologies, LLC for Allowance and Payment of Administrative Expense* (the "Motion") (Dkt. # 536); the Court being satisfied that it has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157, venue is proper under 28 U.S.C. §§ 1408 and 1409, and this is a core proceeding under 28 U.S.C. §157(b)(2); with due and proper notice of the Motion; it is

**ORDERED, ADJUDGED AND DECREED:**

1. The Motion is GRANTED.

{00344583-1}

1

2. Pursuant to 11 U.S.C. §§ 105(a) and 503(b), ARAMARK is granted an allowed administrative claim of $7,356.59, which is to be paid in accordance with the Debtor's confirmed plan of adjustment.

3. The Court will retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

4. Entry hereof constitutes entry of final judgment for all purposes under the Federal Rules of Bankruptcy Procedure and applicable law.

##END OF ORDER##

Agreed to in form and substance:

/s/ *Greta M. Brouphy*

---
Greta M. Brouphy (La. Bar # 26216) *pro hac vice*
HELLER, DRAPER, PATRICK, HORN & DABNEY, LLC
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70124
Telephone: (504) 299-3300
Facsimile: (504) 299-3399
gbrouphy@hellerdraper.com
Attorneys for the Liquidating Trustee

And

/s/ *Alan L. Smith*

---
Alan L. Smith, Esquire (MS Bar #10345)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, MS  39211
Telephone: (601) 351-8932
Facsimile: (601) 974-8932
Attorneys for ARAMARK Healthcare Technologies, LLC

{00344583-1}