UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CASE NO. 14-01048-NPO

NATCHEZ REGIONAL MEDICAL CENTER  CHAPTER 9

DEBTOR

**REPORT OF LIQUIDATION TRUST**

In connection with the Status Conference set for Wednesday, March 23, 2016, H. Kenneth Lefoldt, Jr., Trustee of the Natchez Regional Medical Center ("Debtor") Liquidation Trust ("Trust"), submits the following information:

1. Financial Condition of the Trust.

    (a) Attached as Exhibit 1 is the current financial condition of the Trust;

    (b) Items that are not included on the balance sheet are the following:

    1. A claim possessed by the Trust by amending the prior cost reports and filing a final cost report to accurately reflect bad debt for the period 2007-2015. The bad debt was never recognized by the hospital in its cost reports. Estimated value is $250,000.00;

    2. The balance in the Escrow Account established pursuant to the Plan. At present, the balance in the account is $3,500,000.00. CHS has requested the Escrow Agent remit an additional $500,000.00 in connection with recoupment claims asserted by CMS against CHS applicable to the preclosing period. The Trust is in discussions with CHS over the request and other issues relating to the account;

    3. The largest negative variance between the projected waterfall and actual waterfall is with respect to the collection of Debtor's accounts receivables. The reasons for the difference are issues relating to the Foundation Receivables; and

    4. The positive difference is the collection of DSH funds from CMS. The waterfall did not project the receipt of any DSH payments, however, the Trust has collected about $890,000.00 to date.

{00351379-1}

1

2. <u>Payments to Creditors and Exit Loan</u>.

    (a)     Exhibit 2 is presented to illustrate the payments by classes that have been made to date. The Trust has satisfied in full the claims of all classes of creditors with the exception of the various Unsecured Creditor classes; and

    (b)     In connection with the exit loan from Regions Bank, the Trust has paid $690,000.00 on the loan out of the funds held by the Trust under the Plan. The Trust is required to distribute an additional $310,000.00 to Regions Bank before it can make distributions to creditors. Thereafter, the next $1,000,000.00 will be paid to the Unsecured Creditors. Thereafter, Regions Bank and the creditor body will share 50/50 on all distributions.

Dated: March 21, 2016

                                      Respectfully submitted by,

                                      /s/Douglas S. Draper
                                      DOUGLAS S. DRAPER (La. Bar No. 5073)
                                      HELLER, DRAPER, PATRICK, HORN
                                      &amp; DABNEY, L.L.C.
                                      650 Poydras Street, Suite 2500
                                      New Orleans, Louisiana 70130
                                      Telephone: 504 299-3333/Fax: 504 299-3399
                                      E-mail: ddraper@hellerdraper.com
                                      E-mail: sdabney@hellerdraper.com

                                      Counsel to the Trustee of the Natchez Regional
                                      Medical Center Liquidation Trust

**EXHIBIT 1**

## NATCHEZ REGIONAL MEDICAL CENTER
## LIQUIDATING TRUST

### OCTOBER 1, 2014 - FEBRUARY 29, 2016

| | OCTOBER 1, 2014 - JULY 10, 2015 | July 11, 2015 - February 29, 2016 | October 1, 2014 - February 29, 2016 | PER WATERFALL | VARIANCE FAVORABLE (UNFAVORABLE) |
|---|---:|---:|---:|---:|---:|
| Opening Cash Balance | $ 1,668,313 | $ 1,389,024 | $ 1,668,313 | $ 1,672,628 | $ (4,315) |
| **Cash Receipts:** | | | | | |
| Patient Accounts Receivable | 3,225,759 | 290,253 | 3,516,012 | 4,187,220 | (671,208) |
| Cost to Collect Accounts Receivable | (101,855) | (75,498) | (177,353) | (251,233) | 73,880 |
| DSH Payments | 556,341 | 333,728 | 890,069 | - | 890,069 |
| Meaninful Use | 929,158 | - | 929,158 | 1,000,000 | (70,842) |
| RAC Recoveries | 143,565 | - | 143,565 | 800,000 | (656,435) |
| Butler Snow Refund of Case Cost | - | 30,000 | 30,000 | - | 30,000 |
| Insurance Refund | - | 34,266 | 34,266 | - | 34,266 |
| Working Capital Settlement | 63,552 | - | 63,552 | - | 63,552 |
| | $ 4,816,520 | $ 612,749 | $ 5,429,269 | $ 5,735,987 | $ (306,718) |
| **Cash Disbursements:** | | | | | |
| Contracts Assumed By Buyer | 825,988 | - | 825,988 | 813,843 | (12,145) |
| Assumed Contract - CMS | - | 218,292 | 218,292 | 218,291 | (1) |
| Accrued Salaries & Wages & PTO | 499,527 | - | 499,527 | 387,784 | (111,743) |
| Accounts Payable - Post Petition | 567,998 | 5,346 | 573,344 | 729,212 | 155,868 |
| Other Post Petition Liabilities | 270,789 | - | 270,789 | 270,789 | - |
| Contingency For General Accrual | 300,000 | - | 300,000 | 300,000 | - |
| Financed Insurance Premiums | 102,224 | - | 102,224 | 121,670 | 19,446 |
| NRMC/Benefit Management | 374,191 | - | 374,191 | 660,306 | 286,115 |
| NRMC/Benefit Management-IBNR | 24,268 | - | 24,268 | 504,000 | 479,732 |
| PERS Post Petition | 284,895 | - | 284,895 | 265,148 | (19,747) |
| Class III - Convenience Claims | 34,634 | - | 34,634 | 34,634 | - |
| Case Costs for Professionals | 1,402,563 | 10,167 | 1,412,730 | 1,077,685 | (335,045) |
| Fees for Trustee and Counsel | 408,732 | 309,988 | 718,720 | 375,000 | (343,720) |
| Repayment of Adams County Loan | - | 690,000 | 690,000 | 1,000,000 | 310,000 |
| | 5,095,809 | 1,233,793 | 6,329,602 | 6,758,362 | 428,760 |
| Ending Cash Balance | $ 1,389,024 | $ 767,980 | $ 767,980 | $ 650,253 | $ 117,727 |

**EXHIBIT 2**

## CREDITOR PAYMENT CHART

1. Administrative Claims
   a. Claim Amounts $3,841,968 (1)
   b. Amount Paid     $3,841,968

2. Exit Loan
   a. Claim Amount $3,000,000
   b. Amount Paid   $  690,000

3. Cure Payments
   a. Claim Amounts $1,044,280
   b. Amount Paid     $1,044,280

4. Indenture Trustee
   a. Claim Amount $15,100,579
   b. Amount Paid    $15,100,579

5. General Unsecured Convenience Claims
   a. Claim Amounts $34,634
   b. Amount Paid     $34,634

6. General Unsecured Claims (includes rejection damage claims, tort claims for which there is no insurance coverage and employment claims for which there is no EPLI insurance coverage)
   a. Claim Amounts $6,168,923 (2)
   b. Amount Paid         -0-

   (1) Includes Post-Petition Salaries & Wages, Accounts Payable & Accrued Expenses, Health Benefits, PERS and Case Cost for Professionals through the Chapter 11 Confirmation.
   (2) Includes Pre-Petition PERS, Health Benefits and Accounts Payable

{00351364-1}